[No. 52558-1-I.   Division One.   May 10, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. DORUNDA HALL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-06286-1, Catherine D. Shaffer, J., entered May 19, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 52625-1-I.   Division One.   May 10, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN H. FLEISCHMANN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-00560-2, Ronald Kessler, J., entered July 1, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 52858-1-I.   Division One.   May 10, 2004.]

NANCY ELLEN LADISER, *Petitioner*, v. WALTER R. HUFF, *Respondent*.

Appeal from judgments of the Superior Court for Snohomish County, No. 92-3-02089-2, Ronald L. Castleberry, J., entered July 10 and 29, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 52891-2-I.   Division One.   May 10, 2004.]

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, ET AL., *Respondents*, v. ELBERT BROOKS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-3-09735-0, Stephen Gaddis, J. Pro Tem., entered July 18, 2003. *Affirmed* by unpublished per curiam opinion.